Matter of Stein v Eisner (2023 NY Slip Op 02478)

Matter of Stein v Eisner

2023 NY Slip Op 02478

Decided on May 09, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 09, 2023

Before: Kern, J.P., Friedman, Kennedy, Scarpulla, Pitt-Burke, JJ. 

Index No. 153891/23, 153515/23 Appeal No. 333-334 Case No. 2023-02223, 2023-02225 

[*1]In the Matter of Todd "TJ" Stein, Petitioner-Appellant,
v Jill Eisner et al., Respondents-Respondents.
In the Matter of Jill Eisner, et al., Petitioners-Respondents,
v
Todd "TJ" Stein, Respondent-Appellant, The Board of Elections in the City of New York, Respondent-Respondent.

Stanley K. Schlein, Bronx, for Todd "TJ" Stein, appellant.
Sarah K. Steiner, New York, for Jill Eisner and Richard O'Malley, respondents.
Sylvia O. Hinds-Radix, Corporation Counsel, New York (Susan Paulson of counsel), for the Board of Elections in the City of New York, respondent.

Judgments, Supreme Court, New York County (Lucy Billings, J.), entered on or about May 4, 2023, unanimously affirmed for the reasons stated by Lucy Billings, J., without costs or disbursements.
No opinion. Order filed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 9, 2023